United States District Court
Southern District of Texas
**ENTERED**
April 21, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PLANET HOME LENDING, LLC | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-0387 |
| | § | |
| ERNEST WATERWALL and | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court in the above referenced proceeding is Magistrate Judge Bryan's Memorandum and Recommendation (Doc. No. 31. Judge Bryan entered an Order (Doc. No. 25) instructing the parties to submit briefing identifying a basis for subject matter jurisdiction and explaining their positions on that issue. The parties submitted their briefing (Doc. Nos. 29, 30), and Judge Bryan recommended that this case be dismissed for lack of subject matter jurisdiction. No objections were filed to the Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 31) is **ADOPTED**. This case is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

SIGNED this ___21st___ day of April 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE